UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § § § | |
|---|---|---|
| V. | § § | CAUSE NO. SA-17-1261(1)M |
| GASPAR RODRIGUEZ-GARCIA | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Molly Lizbeth Roth, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

> Respectfully submitted,
>
> MAUREEN SCOTT FRANCO
> Federal Public Defender
>
>
> /s/MOLLY LIZBETH ROTH
> Assistant Federal Public Defender
> 727 E. César E. Chávez Blvd., Suite B-207
> San Antonio, Texas 78206-1205
> State Bar No.  24040140
> Tel.: 210-472-6700
> Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2017, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system, which will give electronic notification to the following:

Matthew Lathrop
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

> /s/MOLLY LIZBETH ROTH
> Assistant Federal Public Defender